United States District Court
Southern District of Texas
**ENTERED**
September 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DESRI JONES, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-02105 |
| | § | |
| MEMORIAL HERMANN HEALTH | § | |
| SYSTEM, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court are United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on August 6, 2025 (Doc. #38), Defendants' Objections (Doc. #39), and Plaintiffs' Response (Doc. #40). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Accordingly, Defendants' Motion to Dismiss (Doc. #25) is hereby DENIED. Furthermore, Plaintiffs' request for leave to file the proposed Second Amended Complaint (Doc. #33, Ex. 1) is GRANTED. Finally, Plaintiffs' claim for excessive investment fees is DISMISSED WITH PREJUDICE as voluntarily withdrawn.

It is so ORDERED.

September 15, 2025
Date

The Honorable Alfred H. Bennett
United States District Judge