United States District Court
Southern District of Texas
**ENTERED**
November 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DESRI JONES, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-02105 |
| | § | |
| MEMORIAL HERMANN HEALTH SYSTEM, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on October 13, 2026. Doc. #59. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendations for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendations in its entirety.

Accordingly, Plaintiff's Unopposed Motion and Supporting Memorandum for Preliminary Approval of Class Action Settlement, Preliminary Certification of Class for Settlement Purposes, Approval of Form and Manner of Settlement Notice, Preliminary Approval of Plan of Allocation, and Scheduling a Date for a Fairness Hearing is GRANTED. Doc. #56. The Settlement Agreement (Doc. #56, Ex. 2) is PRELIMINARILY APPROVED, and the following Settlement Class is PRELIMINARILY CERTIFIED for settlement purposes under Federal Rule of Civil Procedure 23(b)(1): all persons who were participants in or beneficiaries of the Memorial Hermann Health System Employees' Retirement Savings Plan at any time between June 4, 2018 and the date of this Order.

Plaintiffs Desri Jones, Janet Fleming, Sanda Moody, and Tiffani Benoit are APPOINTED as class representatives, and Capozzi Adler, P.C. is APPOINTED as Class Counsel under Rule 23(g). The form and manner of the Class Notice are APPROVED, and the parties shall comply with the notice, objection, filing, and Class Action Fairness Act deadlines set forth in the Memorandum and Recommendation (Doc. #59). Pending final approval, all members of the Settlement Class and the Plan are ENJOINED from instituting or prosecuting any action asserting a Released Claim against any Released Party. A Fairness Hearing is SET for March 26, 2027, at 10:00 a.m., in Courtroom 9A of the Bob Casey United States Courthouse, 515 Rusk Street, Houston, Texas 77002.

It is so ORDERED.

NOV 0 4 2026

Date

The Honorable Alfred H. Bennett
United States District Judge